Good, Childs, Bobb & Westcott, for appellant; Walter E. Beebe, of counsel. Church, Haft, Robertson & Crowe, for appellee; Burt A. Crowe, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Ella S. Freedman, appellee, v. G. Frank Hogan, appellant. Gen. No. 32,241.**

Opinion filed March 26, 1928.

Cloyes & Klingler, for appellant. D'Ancona & Pflaum, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**J. Willis Horton, administrator of the estate of Willis L. Horton, deceased, appellee, v. Leon E. Zitomer, appellant. Gen. No. 32,303.**

Opinion filed March 26, 1928.

Church, Haft, Robertson & Crowe, for appellant; Burt A. Crowe, of counsel. Frank A. O'Donnell and H. H. Patterson, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**The Foreman Trust & Savings Bank, administrator of the estate of George Bobruk, deceased, appellant, v. Royal Motor Delivery Company, appellee. Gen. No. 32,368.**

Opinion filed March 26, 1928.

Joseph T. Harrington and George F. Rutledge, for appellant. Murphy O. Tate, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

**Sarah Kohn, appellee, v. Sol Rubin et al., on appeal of Sol Rubin, appellant. Gen. No. 32,130.**

Opinion filed March 26, 1928. Rehearing denied April 9, 1928.

Clark & Clark and Edward M. Keating, for appellant; Russell S. Clark, of counsel. Slottow & Leviton, for appellee.

Mr. Justice McSurely delivered the opinion of the court.